ACCEPTED
04-11-00304-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/20/2015 1:58:14 PM
KEITH HOTTLE
CLERK

Case No. 04-11-00304-CV

\*\*\*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/20/2015 1:58:14 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH COURT OF APPEALS
IN SAN ANTONIO, TEXAS

\*\*\*

BRADLEY L. CROFT,
Appellant,

v.

AMS SA MANAGEMENT, LLC
d/b/a ASSOCIATION MANAGEMENT SERVICES
Appellee.

---

## MOTION FOR SUBSTITUTION OF PARTY AND
## TO DISMISS APPEAL

---

Appellant is Bradley L. Croft ("Croft"). On July 28, 2015 Croft's appellate rights in this proceeding were sold to Clifton L. Lowry ("Lowry") for the Lowry Creditors. Attached to this motion is a true and correct copy of the "Report of Sale of Personal Property" signed by Jose C. Rodriguez, United States Bankruptcy Court Trustee. Lowry, as owner of the appellate rights, moves the Court to substitute him in place of Croft pursuant to Tex. R. App. P. 7.1(b) and to dismiss this appeal pursuant to Tex. R. App. P. 42.2(a)(1).

Respectfully submitted,

Page 1 of 3

_(signature)_

Charles B. Gorham
TBN: 08215000

Charles B. Gorham, LLP
1027 Austin Highway, Suite 150
San Antonio, Texas 78209
Tel. 210/822-5775
Fax 210/822-3883
E-mail charles@cgorham.com

Attorney for Clifton L. Lowry

## Certificate of Service

I certify that I caused a copy of the foregoing instrument to be served on the persons listed below by electronic service on August 20, 2015 and the electronic transmission was reported as complete. My e-mail address is charles@cgorham.com:

David T. Cain
8610 N. New Braunfels Avenue
Suite 309
San Antonio, TX 78217
caindt@swbell.net

_(signature)_

Charles B. Gorham

## Affidavit in Support of Motion to Dismiss

Before me, the undersigned authority, personally appeared Charles B. Gorham, who, being by me duly sworn, deposed as follows:

My name is Charles B. Gorham, I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

Attached to the instrument is a true and correct copy of "Report of Sale of Personal Property" signed by Jose C. Rodriguez, the United States Bankruptcy Court Trustee.



Charles B. Gorham

Sworn to and subscribed before me on August 19, 2015.

Notary Public, State of Texas

BARBARA ELIZABETH MC KINNEY
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 9/22/16

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CASE NO. 11-52905-CAG |
|---|---|---|
| | § | |
| BRADLEY L. CROFT | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 PROCEEDING |

**REPORT OF SALE
OF PERSONAL PROPERTY**

COMES NOW JOSE C. RODRIGUEZ, the Trustee in this case, and makes and files this Report of Sale, and in support thereof respectfully represents to the Court as follows:

I.

On or about August 03, 2015 (Doc. #134), an Order Granting Trustee's Sale of Personal Property Interests Free and Clear of All Liens and Interests was entered in this case.

II.

On July 23, 2015, the Trustee received Cashier's Check No. 0003399835 payable to Jose C. Rodriguez, Trustee in the amount of Five Thousand and 00/100 Dollars ($5,000.00). This amount represents the gross amount of the sales proceeds due to the bankruptcy estate.

III.

The name and address for the buyer is:

Clifton L. Lowry
for the Lowry Creditors
1600 NE Loop 410
San Antonio, TX 78209

IV.

Attached to this Report is a copy of Forms I and II.

Dated this 7th day of August, 2015.

Respectfully submitted,

*/s/ Jose C. Rodriguez*
Jose C. Rodriguez
State Bar No. 17146450
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212
Telephone: (210) 738-8881
Telefax: (210) 738-8882

## CERTIFICATE OF SERVICE

I, Jose C. Rodriguez, do hereby certify that a true and correct copy of Report of Sale was sent by United States First Class mail, postage pre-paid or sent by Notice of Electronic Filing on this the 7th day of August, 2015 to the following:

| | | |
|---|---|---|
| Bradley L. Croft<br>14439 NW Military Hwy, Ste. 108-105<br>San Antonio, TX 78231<br>**Debtor** | | David T. Cain<br>Attorney at Law<br>8610 N. New Braunfels, Ste. 309<br>San Antonio, TX 78217<br>**Counsel for Debtor** |
| | | |
| | | U.S. Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| | | |

and to all the interested parties.

NOTE: Exhibits Forms 1 & 2 are filed and are available on PACER for Review, but will not be included in this mail-out to reduce costs to the estate. A copy of the Exhibit Forms 1 and 2 will be made available upon written request delivered to the Chapter 7 Trustee.

*/s/ Jose C. Rodriguez*

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 11-52905 | CAG | Judge: CRAIG A. GARGOTTA |
|---|---|---|---|
| Case Name: | CROFT, BRADLEY L. | | |

For Period Ending: 08/07/15

| Trustee Name: | JOSE C. RODRIGUEZ |
|---|---|
| Date Filed (f) or Converted (c): | 08/23/11 (f) |
| 341(a) Meeting Date: | 09/22/11 |
| Claims Bar Date: | 05/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (u) 17914 BUTTE HILL, SAN ANTONIO, TEXAS 78249 LIEN WITH CHASE BANK FOR $405,000.00 LIEN TO BE RETAINED AND REAFFIRMED SCHEDULES AMENDED 10/31/11 TO ADD CHANGE VALUE FROM $0.00 TO CURRENT VALUE AND ADD EXEMPTION SCHEDULES AMENDED 08/29/11 TO ADD PROPERTY Debtor Claimed Exemption | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS (u) Health Savings Account at HSA Bank SCHEDULES AMENDED 02/17/12 TO ADD PROPERTY AND VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS (u) Account with PayPal SCHEDULES AMENDED 02/17/12 TO ADD PROPERTY AND VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS Household goods including furniture, appliances, electronics, personal computers, kitchen, living room, bathrooms, bedroom, etc. SCHEDULES AMENDED 02/17/12 TO CHANGE PROPERTY DESCRIPTION Debtor Claimed Exemption | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING Clothing SCHEDULES AMENDED 08/29/11 TO ADD DESCRIPTION AND REDUCE VALUE FROM $2000.00 AND TO ADD EXEMPTION Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY AND FURS Jewlery | 1,000.00 | 0.00 | | 0.00 | FA |

Ver: 18.05

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 11-52905 | CAG | Judge: CRAIG A. GARGOTTA |
| --- | --- | --- | --- |
| Case Name: | CROFT, BRADLEY L. | | |

Trustee Name: JOSE C. RODRIGUEZ
Date Filed (f) or Converted (c): 08/23/11 (f)
341(a) Meeting Date: 09/22/11
Claims Bar Date: 05/02/12

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| SCHEDULES AMENDED 08/29/11 TO ADD DESCRIPTION AND REDUCE VALUE FROM $2000.00 AND TO ADD EXEMPTION<br>Debtor Claimed Exemption | | | | | |
| 7. INTEREST INSURANCE POLICIES<br>AGI Life Insurance<br><br>SCHEDULES AMENDED 02/17/12 TO ADD PROPERTY AND VALUE<br>Debtor Claimed Exemption | 390.00 | 0.00 | | 0.00 | FA |
| 8. EQUITABLE INTERESTS<br>Life Estate in 17914 BUTTE HILL, SAN ANTONIO, TEXAS 78249<br><br>SCHEDULES AMENDED 02/17/12 TO REMOVE PROPERTY<br>SCHEDULES AMENDED 10/31/11 TO REMOVE EXEMPTION<br>SCHEDULES AMENDED 08/29/11 TO ADD EXEMPTION | 0.00 | 0.00 | | 0.00 | FA |
| 9. EQUITABLE INTERESTS<br>2007 Acura MDX<br><br>LIEN WITH SECURITY SERVICE FCU FOR $19,000.00 LIEN TO BE RETAINED AND REAFFIRMED<br><br>SCHEDULES AMENDED 02/17/12 TO CHANGE TYPE OF PROPERTY FROM AUTOMOBILE TO EQUITABLE INTERESTS AND TO REMOVE PROPERTY (TRAILER, MOBILE HOME, TRUCK) AND CHANGE VALUE FROM $40,000.00 TO CURRENT VALUE<br>SCHEDULES AMENDED 10/31/11 TO ADD PROPERTY (TRAILER, MOBILE HOME, TRUCK) AND CHANGE VALUE FROM $10,000.00 TO $40,000.00<br>Debtor Claimed Exemption | 24,000.00 | 0.00 | | 0.00 | FA |
| 10. EQUITABLE INTERESTS (u)<br>3 Dogs<br><br>SCHEDULES AMENDED 02/17/12 TO CHANGE TYPE OF PROPERTY FROM ANIMALS TO EQUITABLE | 2,000.00 | 0.00 | | 0.00 | FA |

Ver: 18.05

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Page: 3

**ASSET CASES**

| Case No: | 11-52905 | CAG | Judge: CRAIG A. GARGOTTA |
|---|---|---|---|

| Case Name: | CROFT, BRADLEY L. |
|---|---|

Trustee Name: JOSE C. RODRIGUEZ

Date Filed (f) or Converted (c): 08/23/11 (f)

341(a) Meeting Date: 09/22/11

Claims Bar Date: 05/02/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INTERESTS AND TO ADD NUMBER OF DOGS SCHEDULES AMENDED 08/29/11 TO ADD DESCRIPTION AND EXEMPTION Debtor Claimed Exemption | | | | | |
| 11. UNSCHEDULED ASSET (u) POSSIBLE INTEREST IN PENDING 3RD PARTY LITIGATION THAT WOULD CREATE PROPERTY OF THE BANKRUPTCY ESTATE | 0.00 | 100,000.00 | | 5,000.00 | FA |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $433,390.00 | $100,000.00 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 05, 2015 (JCR) Order entered; ok to do TFR

7/22/15jr Sale hearing procedures approved for 7/28/15 hearing.

5/29/15jr Sale motion and sale procedure request pending

February 23, 2015 (JCR) Received offer of purchase; prior NDR set aside and pending sale for $5000

07/7/14jr need to close ouit as NDR.

Initial Projected Date of Final Report (TFR): 05/30/13          Current Projected Date of Final Report (TFR): 04/01/14

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-52905 -CAG |
| Case Name: | CROFT, BRADLEY L. |

| | |
| Taxpayer ID No: | 61-6545680 |
| For Period Ending: | 08/07/15 |

| Trustee Name: | JOSE C. RODRIGUEZ |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0972 Checking Account (Non-Interest Earn |

Blanket Bond (per case limit): $ 0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/15 | 11 | Clifton L. Lowry<br>USAA Federal Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX 78288-0544 | SALE OF PERSONAL PROPERTY | 1290-000 | 5,000.00 | | 5,000.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 0.00 | 5,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0972 | 5,000.00 | 0.00 | 5,000.00 |
| | 5,000.00 | 0.00 | 5,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,000.00    0.00

Ver: 18.05

LFORM24

AMS SA Management LLC
1600 NE Loop 410, Suite 202
San Antonio, TX 78209-1613

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Barbara Lowry
1600 NE Loop 410
San Antonio, TX 78209-1601

Charles B Gorham
1250 NE Loop 410, Suite 830
San Antonio, TX 78209-1527

Charles Riley
320 Lexington Ave
San Antonio, TX 78215-1913

Chase Bank
PO Box 94014
Palantine, IL 60094

Cherie Jeffcoat
Mysti Murphy
c/o Frank A. Muniz
16521 Blanco Rd
San Antonio, TX 78232

Cherie Jeffcoat
c/o Mysti Murphy
5625 Broadway, Suite 2
San Antonio, TX 78209-5719

Citibank
Po Box 790034
St Louis MO 63179-0034

FIA Card Services
PO Box 78222
San Antonio, TX 78247

FIA Card Services, N.A. as successor to
Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
PO Box 15102
Wilmington, DE 19886-5102

First Mark
PO Box 701650
San Antonio, TX 78270-1650

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

HSA Bank
605 N 8th St, Suite 320
Sheboygan, WI 53081-4525

JPMorgan Chase Bank, N.A.
c/o BDFTE, LLP
15000 Surveyor Blvd. Suite 100
Addison, TX 75001-4417

Jeanette Barbara Lowry, AMS SA Management, L
d/b/a Association Management Services
c/o Allen DeBard
745 East Mulberry, Suite 900
San Antonio, Texas 78212-3141

John Cave
300 Convent, #1080
San Antonio, TX 78205-3738

Jonathan Yedor
100 NE Loop 410, Suite 1075
San Antonio, TX 78216-4716

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

Mysti Murphy
5625 Broadway, #2
San Antonio, TX 78209-5719

PYOD, LLC its successors and assigns as
assi of Citibank
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sears
PO Box 183081
Columbus, OH 43218-3081

Security Service FCU
16211 La Cantera Pkwy
San Antonio, TX 78256-2419

Shavano Rogers Ranch
Swim Club
1600 NE Loop 410, 2nd Floor
San Antonio, TX 78209-1601

Us Bank
Po Box 5229
Cincinnati OH 45201-5229

US Bank, NA
c/o Christopher Naylor
4801 Woodway, Ste 420W
Houston, TX 77056-1822

WeBank
111 Sutters, 22nd Floor
San Francisco, CA 94104-4540

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia PA 19101-7346

United States Attorney
Internal Revenue Service
601 N.W. Loop 410, Suite 6000
San Antonio, Texas 78216-5510

United States Attorney General
Department of Justice
950 Pennsylvania, N.W.
Washington, DC 20530-0009

Richard Snell
6822 Forest Meadow
San Antonio, TX 78238

Bradley L. Croft
14439 NW MILITARY HWY, #108-105
San Antonio, TX 78231